IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. BELL,

     Plaintiff,                    No. CIV S-05-2387 FCD DAD P

    vs.

BUREAU OF PRISONS, et al.,

     Defendants.             ORDER

_____/

        Plaintiff, a federal prisoner proceeding pro se, has filed a document concerning lost personal property, together with an incomplete application to proceed in forma pauperis. Although plaintiff is now confined at a federal medical center in Minnesota, he alleges that the property loss occurred at USP-Lompoc and that prison officials at that institution are responsible for the loss or destruction of his property. The Clerk of the Court has construed plaintiff's filing as a civil rights complaint.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is

1

1 | no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).  In the interests
2 | of justice, a federal court may transfer a complaint filed in the wrong district to the correct
3 | district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

In this case, the defendants are located and the claims arose at a federal prison located in Santa Barbara County, which is within the Central District of California.  Plaintiff's case should have been filed in the United States District Court for the Central District of California.

Good cause appearing, IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Central District of California.

DATED: December 15, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:mp
bell2387.21a

2